bery conviction. The evidence establishes that, in the course of forcibly stealing property, defendant used and threatened the immediate use of a dangerous instrument (*see,* Penal Law § 160.15 [3]). Contrary to defendant's contention, the People were not required to prove that defendant inflicted serious physical injury upon the victim; serious physical injury is not an element of the crime charged (*see,* Penal Law § 160.15 [3]; *cf.,* Penal Law § 160.15 [1]).

County Court properly sentenced defendant as a second felony offender. Contrary to defendant's contention, the People filed a statement pursuant to CPL 400.21, and the record establishes that there was substantial compliance with the requirement that the court inquire whether defendant controverted the prior felony (*see, People v Ford,* 157 AD2d 992, 993, *lv denied* 75 NY2d 919). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Robbery, 1st Degree.) Present—Green, J. P., Wisner, Scudder, Burns and Lawton, JJ.

■ In the Matter of LATOYA J. and Others, Infants. MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RUFUS J., Appellant. (Appeal No. 1.) [720 NYS2d 441] —Appeal unanimously dismissed without costs (*see, Matter of Lisa E.* [appeal No. 1], 207 AD2d 983). (Appeal from Order of Monroe County Family Court, Taddeo, J.—Abuse.) Present: Green, J. P., Wisner, Scudder, Burns and Lawton, JJ.

■ 'In the Matter of LATOYA J. and Others, Infants. MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RUFUS J., Appellant. (Appeal No. 2.) [720 NYS2d 442] —Order unanimously affirmed without costs for reasons stated in decision at Monroe County Family Court, Taddeo, J. (Appeal from Order of Monroe County Family Court, Taddeo, J.—Abuse.) Present—Green, J. P., Wisner, Scudder, Burns and Lawton, JJ.

■ In the Matter of PATRICK M., Appellant, v DEE ANN J., Respondent. In the Matter of BARBARA E., Respondent, v PATRICK M., Appellant, and DEE ANN J. et al., Respondents. In the Matter of ZACHARY J., an Infant. GAIL M. et al., Respondents; PATRICK M., Appellant. [719 NYS2d 913] —Order unanimously affirmed without costs. Memorandum: Patrick M. (petitioner) appeals from an order denying his application to veto the adoption of his child. Family Court properly assessed petitioner's conduct during the six months prior to the child's placement in denying the application because petitioner was unable to assume physical custody of the child (*see, Matter of Raquel Marie X.,* 76 NY2d 387, 404, *cert denied* 498 US 984). The court also